IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ELLIOT TRAVIS BACON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SGT. TAYLOR, SGT. HIGHLEY, and JIM SALMONSEN,<br><br>　　　　　Defendants. | CV 25–12–H–DWM<br><br><br>ORDER |

　　　Plaintiff Elliot Travis Bacon, a state prisoner proceeding without counsel, has filed a civil rights complaint under 42 U.S.C. § 1983, alleging violations of his constitutional rights while he was incarcerated at Montana State Prison. (Docs. 1, 2.) More specifically, Bacon alleges that defendants imposed unlawful punishments and retaliated against him when he filed grievances. (*See generally,* Doc. 2.) The Defendants were ordered to answer, (Doc. 7), and filed a motion to dismiss on May 8, 2025, (Doc. 9). To date, Bacon has not responded to that motion.

　　　Accordingly, IT IS ORDERED that Bacon must file his response in opposition, if any, on or before **June 30, 2025**. If he fails to do so, the Court may resolve the pending motion on the merits with no further notice to Bacon.

Alternatively, the case may be dismissed for failure to prosecute with no further notice to Bacon. *See* Fed. R. Civ. P. 41(b).

DATED this 12th day of June, 2025.

_____
Donald W. Molloy, District Judge
United States District Court